UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 18-11776 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| UNIVERSITY OF MICHIGAN, ET AL., | U.S. MAGISTRATE JUDGE |
| Defendants. | ELIZABETH A. STAFFORD |

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [4] WITH REMAINING ISSUES TO BE DECIDED AFTER HEARING**

On June 4, 2018, Plaintiff John Doe, through counsel, commenced this action against the University of Michigan alleging, *inter alia*, that its Sexual Misconduct Policy ("Policy") violates his due process rights. On June 5, 2018, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction [4], asking the Court to immediately enjoin Defendants from: 1) withholding Plaintiff's official transcript and degree; 2) continuing their investigation, sanctions, and appeals process under the Policy; and 3) continuing to use the Policy.

The Court held a telephone conference, on the record, on June 11, 2018. At the conference, the parties discussed resolution of the first issue of Plaintiff's Motion for TRO, including Defendants' issuance of a clean, unmarked transcript to

Plaintiff for his use in graduate school applications. The parties agreed to update the Court by Tuesday, June 12th at 12:00 PM as to whether Defendants would release the transcript to Plaintiff.

The Court, having heard nothing from the parties, construes their silence as stipulation to the resolution of the first issue of Plaintiff's Motion for TRO [4]. The additional issues in Plaintiff's Motion will be decided after they have been fully briefed.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order [4] is **GRANTED in part**, with remaining issues to be decided after a hearing.

**IT IS FURTHER ORDERED** that Defendants immediately release to Plaintiff his official transcript pending resolution of this case.

**SO ORDERED**.

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
Dated: June 14, 2018                Senior United States District Judge