UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe,

                Plaintiff(s),

v.                                  Case No. 2:18–cv–11776–AJT–EAS
                                         Hon. Arthur J. Tarnow

University of Michigan, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 108.  The following motion(s) are scheduled for hearing:

      Motion for TRO – #4

- MOTION HEARING:  June 28, 2018 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/M. Lang
                                                       Case Manager

Dated:  June 18, 2018