UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe,

                Plaintiff(s),

v.                                                  Case No. 2:18-cv-11776-AJT-EAS
                                                  Hon. Arthur J. Tarnow

University of Michigan, et al.,

                Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on July 26, 2018.


                                                  DAVID J. WEAVER, CLERK OF COURT


                                                    By: s/ S Krause
                                                          Deputy Clerk


Dated:   July 26, 2018