UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe,

                Plaintiff(s),

v.                                                                Case No. 2:18–cv–11776–AJT–EAS
                                                          Hon. Arthur J. Tarnow

University of Michigan, et al.,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Elizabeth A. Stafford for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion for Protective Order – #66

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/M. Lang
                                            Case Manager

Dated:   August 22, 2019