UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN, ET AL.,

    Defendants.

Case No. 18-11776

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

_____/

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

This matter is set for a settlement conference on **Wednesday, September 25 at 12:00 PM**. Individuals with ultimate settlement authority are required to appear. The Court additionally requests for both parties to submit a statement of resolved and unresolved issues by Monday, September 23, 2019.

    **SO ORDERED**.


Dated: September 9, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge