UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHN DOE**, *an individual*,

    Plaintiff,

vs.

                                                    Case No.: 18-cv-11776
                                                    Hon.  Arthur J. Tarnow

**UNIVERSITY OF MICHIGAN, et. al.,**    Mag.  Elizabeth A. Stafford

    Defendants.

---

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>**Deborah L. Gordon (P27058)**<br>**Elizabeth A. Marzotto Taylor (P82061)**<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br>**Brian M. Schwartz (P69018)**<br>Attorney for Defendants<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>schwartzb@millercanfield.com<br><br>**SAUL EWING ARNSTEIN & LEHR LLP**<br>**Joshua W.B. Richards**<br>**Amy L. Piccola**<br>Attorneys for Defendants<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102<br>(215) 972-7737<br>joshua.richards@saul.com<br>amy.piccola@saul.com<br><br>**UNIVERSITY OF MICHIGAN**<br>**Timothy G. Lynch**<br>**Patricia M. Petrowski**<br>Attorneys for Defendants<br>5010 Fleming Administration Bldg.<br>503 Thompson St.<br>Ann Arbor, MI  48109<br>(734) 764-0305<br>timlynch@umich.edu<br>ppetrows@umich.edu |

## PLAINTIFF'S MOTION TO STRIKE ECF 48-3 AND SUBSTITUTE REDACTED COPY

NOW COMES Plaintiff, by and through his attorneys, Deborah Gordon Law, and files his Motion to Strike ECF 48-3 and Substitute a Redacted Copy and states the following:

1. On June 11, 2018, this Court granted, by Text-Only Order, Plaintiff's Motion to Proceed Under Pseudonym.

2. On May 23, 2019, Plaintiff filed his Motion for Imposition of Interim Attorney Fees and Costs. ECF 48.

3. Plaintiff's name was inadvertently not redacted from "Exhibit B" to his Motion. ECF 48-3.

4. Accordingly, Plaintiff seeks to strike "Exhibit B," found at ECF 48-3, from the Court's docket of this case, and seeks to substitute it with a redacted version of this document, attached to this Motion as "**Redacted Exhibit B**."

5. In accordance with L.R. 7.1, Plaintiff certifies that Defendants concurred in the relief sought by email on September 23, 2019.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's request to strike document ECF 48-3 from the docket of this case and substitute it with "**Redacted Exhibit B**."

Dated: September 25, 2019	**DEBORAH GORDON LAW**
	**/s/ Deborah L. Gordon (P27058)**
	**Elizabeth Marzotto Taylor (P82061)**

Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHN DOE**, *an individual*,

    Plaintiff,

vs.

                                  Case No.: 18-cv-11776
                                Hon.  Arthur J. Tarnow

**UNIVERSITY OF MICHIGAN, et. al.,**    Mag.  Elizabeth A. Stafford

    Defendants.

---

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>**Deborah L. Gordon (P27058)**<br>**Elizabeth A. Marzotto Taylor (P82061)**<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br>**Brian M. Schwartz (P69018)**<br>Attorney for Defendants<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>schwartzb@millercanfield.com<br><br>**SAUL EWING ARNSTEIN & LEHR LLP**<br>**Joshua W.B. Richards**<br>**Amy L. Piccola**<br>Attorneys for Defendants<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102<br>(215) 972-7737<br>joshua.richards@saul.com<br>amy.piccola@saul.com<br><br>**UNIVERSITY OF MICHIGAN**<br>**Timothy G. Lynch**<br>**Patricia M. Petrowski**<br>Attorneys for Defendants<br>5010 Fleming Administration Bldg.<br>503 Thompson St.<br>Ann Arbor, MI  48109<br>(734) 764-0305<br>timlynch@umich.edu<br>ppetrows@umich.edu |

## PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION TO STRIKE ECF 48-3 AND SUBSTITUTE REDACTED COPY

Plaintiff relies on the facts set forth in the Motion, the Federal Rules of Civil Procedure, and the files and records in this case.

Dated:  September 25, 2019  Respectfully submitted,

**DEBORAH GORDON LAW**
/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing document and Exhibits with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com