UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

        Plaintiff,

v.

UNIVERSITY OF MICHIGAN, ET AL.,

        Defendants.

_____/

Case No. 18-11776

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

## JUDGMENT

All issues having been resolved by the Court's Order [90] of March 23, 2020,

**THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 24th day of March 2020.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Michael E. Lang
        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE