**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN DOE,** : | |
| : | Case No. 18-cv-11776 |
| Plaintiff, : | |
| : | Hon. Arthur J. Tarnow |
| **v.** : | Mag. Elizabeth A. Stafford |
| : | |
| **UNIVERSITY OF MICHIGAN**, *et al.*, : | |
| : | **DEFENDANTS'** |
| Defendants. : | **NOTICE OF APPEAL** |
| : | |

| | |
|---|---|
| DEBORAH GORDON LAW | SAUL EWING ARNSTEIN & |
| Deborah L. Gordon | LEHR LLP |
| Elizabeth A. Marzotto Taylor | Joshua W. B. Richards |
| 33 Bloomfield Hills Parkway, Suite 220 | Amy L. Piccola |
| Bloomfield Hills, Michigan  48304 | 1500 Market Street, 38th Floor |
| (248) 258-2500 | Philadelphia, Pennsylvania  19102 |
| dgordon@deborahgordonlaw.com | (215) 972-7737 |
| emarzottotaylor@deborahgordonlaw.com | joshua.richards@saul.com |
| | amy.piccola@saul.com |

*Attorneys for Plaintiff*

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
Brian M. Schwartz
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
schwartzb@millercanfield.com

*Attorneys for Defendants*

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that the individual Defendants in the above-captioned proceeding, Pamela Heatlie, Robert Sellers, Martin Philbert, Erik Wessel, Laura Blake Jones, E. Royster Harper, Suzanne McFadden, and Paul Robinson, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the March 23, 2020 Order (ECF No. 90) and March 24, 2020 Judgment (ECF No. 91) entered in this action: (1) denying in part Defendants' motion to dismiss as to the district court's subject matter jurisdiction, the applicability of qualified immunity as to the individual Defendants, and as to the operative complaint's failure to state a procedural due process claim; and (2) granting Plaintiff's motion for partial summary judgment as to his procedural due process claim.

|  |  |
|---|---|
| March 25, 2020 | Respectfully submitted, |
|  | /s/ *Joshua W. B. Richards* |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | SAUL EWING ARNSTEIN & LEHR LLP |
| Brian M. Schwartz | Joshua W. B. Richards |
| 150 West Jefferson, Suite 2500 | Amy L. Piccola |
| Detroit, Michigan 48226 | 1500 Market Street, 38th Floor |
| (313) 963-6420 | Philadelphia, Pennsylvania 19102 |
| schwartzb@millercanfield.com | (215) 972-7737 |
|  | joshua.richards@saul.com |
|  | amy.piccola@saul.com |
|  | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system, which will send notification of such filing and service to all parties through their counsel of record (listed below) and to the Clerk, U.S. Court of Appeals for the Sixth Circuit:

Deborah L. Gordon
dgordon@deborahgordonlaw.com

/s/ *Joshua W. B. Richards*
SAUL EWING ARNSTEIN & LEHR LLP
Joshua W. B. Richards
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Defendants*