**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

John Doe,

Civil No: 18-11776

*v.*

Judicial Officer: Arthur J. Tarnow

University of Michigan, et al.

_____/

# TAXED BILL OF COST

On March 24, 2020, a judgment was entered in favor of **the Plaintiff.**  The prevailing party now requests the clerk to tax the following costs:

| | | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* | $400.00 | $400.00 | For complaint filing fee. |
| B | Service Fees | | | |
| C | Court Reporter Fees | $272.00 | $0.00 | **See Attached. |
| D | Printing Fees | | | |
| E | Witness Fees | | | |
| F | Exemplification & Copy Fees | | | |
| G | Docket fees (28 U.S.C. 1923) | | | |
| H | Costs on Mandate of Appeal | | | |
| I | Court-appointed experts | | | |
| J | Interpreters and Services | | | |
| K | Other costs | $135.00 | $0.00 | **See Attached. |
| | **TOTALS** | $807.00 | $400.00 | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 04/08/20

David J. Weaver, Clerk

s/D.Peruski
_____
*Deputy Clerk*

Rev. 11/22/11

**\*\*<u>Costs Denied:</u>**

Court Reporter Fees:  $272.00         Court reporter fees are denied, as the bill of costs fails to document how the corresponding hearing transcript was used by the prevailing plaintiff. (See Bill of Costs Handbook, Section II(C), page 3.)

Other Costs (Courier Fees): $135.00     Courier/delivery fees are not taxable. (See Bill of Costs Handbook, Section II(K)(2)(g), page 7.)

# Mailing Information for a Case 2:18-cv-11776-AJT-EAS Doe v. University of Michigan et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Deborah L. Gordon**
  dgordon@deborahgordonlaw.com,lsheridan@deborahgordonlaw.com,tkurtz@deborahgordonlaw.com,akarbal@deborahgordonlaw.com,emarzottotaylor@deborahgordonlaw.com
- **Timothy Gerard Lynch**
  timlynch@umich.edu
- **Patrica M. Petrowski**
  ppetrows@umich.edu,ashstojk@umich.edu
- **Amy Lynn Piccola**
  amy.piccola@saul.com,Patrick.Nugent@saul.com,Joshua.Richards@saul.com,Jennifer.Varricchio@saul.com
- **Joshua W.B. Richards**
  joshua.richards@saul.com,kim.alexandre@saul.com
- **Brian M. Schwartz**
  schwartzb@millercanfield.com,willis@millercanfield.com,kitz@millercanfield.com