UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

       Plaintiff,

v.

UNIVERSITY OF MICHIGAN, ET AL.,

       Defendants.

                           /

Case No. 18-11776

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**ORDER TO RESPOND AND APPEAR FOR TELEPHONE CONFERENCE**

On April 10, 2020, Plaintiff filed a Motion for Injunctive Relief Pending Appeal [97], asking this Court to adjourn his misconduct hearing until May 8, 2020, after the completion of his final exams. (ECF No. 97). As the hearing is currently scheduled for Wednesday, April 22, Plaintiff also asks for expedited consideration of his motion. (ECF No. 100). On April 13, 2020, Defendants filed a Motion to Strike [104] Plaintiff's motion for lack of jurisdiction. (ECF No. 104).

Given that this dispute is largely a scheduling disagreement and time is of the essence, the Court encourages both parties to promptly arrange a hearing date and time that will benefit all involved parties. With that said, both parties may respond to each other's pending motions no later than **Thursday, April 17, 2020 at 12:00**

**p.m.** to allow full briefing. The Court will subsequently hold a telephone conference with the parties on **Thursday, April 17, 2020 at 3:00 p.m.**

**IT IS ORDERED** that Defendants may respond to Plaintiff's Motion for Injunctive Relief Pending Appeal [97] no later than **Thursday, April 17, 2020 at 12:00 p.m.**

**IT IS FURTHER ORDERED** that Plaintiff may respond to Defendants' Motion to Strike Doe's Motion for Injunctive Relief Pending Appeal [104] no later than **Thursday, April 17, 2020 at 12:00 p.m.**

**IT IS FURTHER ORDERED** that the parties will appear via telephone for a conference before the Court on **Thursday, April 17, 2020 at 3:00 p.m.** Parties should submit their telephone numbers via email to the Court's Case Manager, Michael Lang (Mike_Lang@mied.uscourts.gov).

**SO ORDERED**.

Dated: April 14, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge