UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, an individual,

    Plaintiff,

vs.

UNIVERSITY OF MICHIGAN (as to Title IX violations), et al.,

    Defendants.

Case No.: 18-cv-11776
Hon. Arthur J. Tarnow
Mag. Elizabeth A. Stafford

---

DEBORAH GORDON LAW
Deborah L. Gordon (P27058)
Elizabeth A. Marzotto Taylor (P82061)
Attorneys for Plaintiff

UNIVERSITY OF MICHIGAN
Timothy G. Lynch
Patricia M. Petrowski
Attorneys for Defendants

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Brian M. Schwartz (P69018)
Attorney for Defendants

SAUL EWING ARNSTEIN & LEHR LLP
Joshua W.B. Richards
Amy L. Piccola
Attorneys for Defendants

---

## PLAINTIFF'S MOTION TO AMEND BILL OF COSTS

NOW COMES Plaintiff, by and through his attorneys Deborah Gordon Law, and pursuant to this Court's Bill of Costs Handbook, Section I (B), p 1, submits the following motion to amend the Taxed Bill of Costs entered by the Clerk of the Court on April 8, 2020 (Dkt. 96). In support of his motion, Plaintiff states as follows:

1

1. On March 23, 2020, this Court granted Plaintiff's Motion for Partial Summary Judgment (Dkt. 53) and granted in part and denied in part Defendants' Motion to Dismiss (Dkt. 49). Dkt. 90.

2. On March 24, 2020, judgment was entered in favor of Plaintiff, John Doe. Dkt. 91.

3. On April 7, 2020, pursuant to 28 U.S.C. § 1920, Plaintiff filed a Bill of Costs in the amount of $807.00. Dkt. 94.

4. Plaintiff inadvertently excluded the costs the court reporter's fees for the June 28, 2018 hearing transcript, which totaled $442.25.

5. On April 8, 2020, the Clerk allowed $400.00 of the sought costs, but disallowed Plaintiff's request for the court reporter's fees ($272.00) and courier fees ($135.00). Dkt. 96.

6. With respect to the court reporter fees, the Clerk noted that Plaintiff had not included documentation supporting how the corresponding hearing transcript was used by him. *Id.*, Pg. ID 2740.

7. According to the Court's Bill of Costs Handbook, Section II (C) p. 3, the prevailing party is to provide the Clerk with information concerning how the transcript was utilized in the case (i.e., if used in motion practice, the title of the motion and the date it was filed and, if applicable, the exhibit or attachment number.)

8.     Attached hereto as **Exhibit A** is an amended Bill of Costs, which includes all costs Plaintiff seeks, including the $400.00 already awarded to Plaintiff by the Clerk on April 8, 2020. *See* Dkt. 96.

9.     **Exhibit B**, Plaintiff's Supplemental Attachment to Bill of Costs, outlines precisely how and when the June 28, 2018 and November 21, 2019 hearing transcripts for which Plaintiff sees costs were utilized in this case.

10.    Additionally, **Exhibits C** and **D** support the costs of obtaining these transcripts.

11.    Plaintiff no longer seeks courier fees since, according to the Bill of Costs Handbook, such costs are not taxable.

12.    In accordance with E.D. Mich. LR 7.1, Plaintiff's counsel sought concurrence in this motion, but such concurrence was not obtained.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court amend the Taxed Bill of Costs to reflect the total amount of $1,114.25[1].

Dated:  April 15, 2020                         Respectfully submitted,

**DEBORAH GORDON LAW**
/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

---

[1] The Court Clerk has previously taxed $400.00 for filing the complaint; thus, $400.00 + $442.25 (June 28, 2018 hearing transcript) + $272.00 (November 21, 2019 hearing transcript) = $1,114.25.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, an individual,

    Plaintiff,

vs.

UNIVERSITY OF MICHIGAN (as to Title IX violations), et al.,

    Defendants.

Case No.: 18-cv-11776
Hon.  Arthur J. Tarnow
Mag.  Elizabeth A. Stafford

---

| DEBORAH GORDON LAW | MILLER, CANFIELD, PADDOCK |
|---|---|
| Deborah L. Gordon (P27058) | AND STONE, P.L.C. |
| Elizabeth A. Marzotto Taylor (P82061) | Brian M. Schwartz (P69018) |
| Attorneys for Plaintiff | Attorney for Defendants |
| | |
| UNIVERSITY OF MICHIGAN | SAUL EWING ARNSTEIN & |
| Timothy G. Lynch | LEHR LLP |
| Patricia M. Petrowski | Joshua W.B. Richards |
| Attorneys for Defendants | Amy L. Piccola |
| | Attorneys for Defendants |

---

## PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION TO AMEND BILL OF COSTS

    Plaintiff relies on the facts and legal arguments set forth in his Motion, the Federal Court Rules, this Court's Bill of Costs Handbook and the records and files in this case.

    WHEREFORE, Plaintiff respectfully requests the relief sought herein.

1

Dated:  April 15, 2020                              Respectfully submitted,

                                                                         **DEBORAH GORDON LAW**
                                                                         /s/ Deborah L. Gordon (P27058)
                                                                         Elizabeth Marzotto Taylor (P82061)
                                                                         Attorneys for Plaintiff
                                                                         33 Bloomfield Hills Parkway, Suite 220
                                                                         Bloomfield Hills, Michigan 48304
                                                                         (248) 258-2500
                                                                         dgordon@deborahgordonlaw.com
                                                                         emarzottotaylor@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

                                                                         **DEBORAH GORDON LAW**
                                                                         /s/Deborah L. Gordon (P27058)
                                                                         Attorneys for Plaintiff
                                                                         33 Bloomfield Hills Parkway, Suite 220
                                                                         Bloomfield Hills, Michigan 48304
                                                                         (248) 258-2500
                                                                         dgordon@deborahgordonlaw.com