UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J<span/>OHN D<span/>OE,

    Plaintiff,

v.

U<span/>NIVERSITY OF M<span/>ICHIGAN, ET AL.,

    Defendants.

_____/

Case No. 18-11776

S<span/>ENIOR U.S. D<span/>ISTRICT J<span/>UDGE
A<span/>RTHUR J. T<span/>ARNOW

U.S. M<span/>AGISTRATE J<span/>UDGE
E<span/>LIZABETH A. S<span/>TAFFORD

**O<span/>RDER D<span/>ISMISSING M<span/>OTIONS AS M<span/>OOT**

On April 10, 2020, Plaintiff filed a Motion for Injunctive Relief Pending Appeal [97], asking this Court to adjourn his misconduct hearing. (ECF No. 97). On April 13, 2020, Defendants filed a Motion to Strike [104] Plaintiff's motion for lack of jurisdiction. (ECF No. 104). On April 14, 2020, the Court issued an order directing both parties to file responsive briefs and appear for a telephonic conference on April 16, 2020. (ECF No. 105). On April 16, 2020, counsel from both parties informed the Court of the case's resolution. The case having been resolved, both parties' motions are now moot and the telephonic conference is cancelled.

**IT IS ORDERED** that Plaintiff's Motion for Injunctive Relief Pending Appeal [97] is **DENIED AS M<span/>OOT.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Doe's Motion for Injunctive Relief Pending Appeal [104] is **DENIED AS MOOT.**

**SO ORDERED**.

Dated: April 16, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge