# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 07, 2020

Ms. Deborah L. Gordon

Ms. Elizabeth Ann Marzotto Taylor

Mr. Patrick Francis Nugent

Ms. Amy Lynn Piccola

Mr. Joshua W. B. Richards

Mr. Brian M. Schwartz

Re: Case No. 20-1293, *John Doe v. University of Michigan, et al*
Originating Case No. : 2:18-cv-11776

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti on behalf of Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. David J. Weaver

Enclosure

Case No. 20-1293

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOHN DOE

      Plaintiff - Appellee

v.

UNIVERSITY OF MICHIGAN; BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN

      Defendants

 and

PAMELA HEATLIE; ROBERT SELLERS; MARTIN PHILBERT; ERIK WESSEL; LAURA BLAKE JONES; E. ROYSTER HARPER; SUZANNE MCFADDEN; PAUL ROBINSON

      Defendants - Appellants

The Order filed on 12/07/2020 (#24) is hereby **WITHDRAWN**, as the order was improvidently entered.

                                 **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 07, 2020