UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, an individual,

    Plaintiff,

vs.

UNIVERSITY OF MICHIGAN (as to Title IX violations), et al.,

    Defendants.

Case No.: 18-cv-11776
Hon.  Arthur J. Tarnow
Mag.  Elizabeth A. Stafford

---

| DEBORAH GORDON LAW | MILLER, CANFIELD, PADDOCK |
|---|---|
| Deborah L. Gordon (P27058) | AND STONE, P.L.C. |
| Elizabeth A. Marzotto Taylor (P82061) | Brian M. Schwartz (P69018) |
| Attorneys for Plaintiff | Attorney for Defendants |
| | |
| UNIVERSITY OF MICHIGAN | SAUL EWING ARNSTEIN & |
| Timothy G. Lynch | LEHR LLP |
| Patricia M. Petrowski | Joshua W.B. Richards |
| Attorneys for Defendants | Amy L. Piccola |
| | Attorneys for Defendants |

---

## PLAINTIFF'S EX-PARTE MOTION FOR LEAVE TO FILE A MOTION THAT EXCEEDS PAGE LIMIT

Plaintiff John Doe, through his attorneys **Deborah Gordon Law,** hereby requests leave to file his Renewed Motion for Attorneys' Fees and Costs which exceeds the 25-page limit set in LR 7.1 (d)(3)(A).

Plaintiff seeks to file a Motion that is 42 pages in length. Plaintiff has made a good faith effort to reduce the length of his Brief without sacrificing clarity, and while still adequately addressing the complex factual scenario of this case and the instant dispute, as well as responding to the multiple legal arguments presented by Defendants.

For these reasons, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to File a Motion that Exceeds Page Limit.

Dated: January 8, 2021

Respectfully submitted,
**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@debgordonlaw.com
emt@debgordonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@debgordonlaw.com
emt@debgordonlaw.com