UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHN DOE**, *an individual*,

    Plaintiff,

vs.

**UNIVERSITY OF MICHIGAN,** *et al.,*

    Defendants.

Case No.: 18-cv-11776
Hon. Arthur J. Tarnow
Mag. Elizabeth A. Stafford

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>**Deborah L. Gordon (P27058)**<br>**Elizabeth A. Marzotto Taylor (P82061)**<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@debgordonlaw.com<br>emt@debgodonlaw.com | **MILLER, CANFIELD, PADDOCK**<br>**AND STONE, P.L.C.**<br>**Brian M. Schwartz (P69018)**<br>Attorney for Defendants<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>schwartzb@millercanfield.com<br><br>**SAUL EWING ARNSTEIN & LEHR LLP**<br>**Joshua W.B. Richards**<br>**Amy L. Piccola**<br>Attorneys for Defendants<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102<br>(215) 972-7737<br>joshua.richards@saul.com<br>amy.piccola@saul.com |

_____

## STIPULATED ORDER EXTENDING TIME TO FILE REPLY BRIEF

This matter having come before the Court on the stipulation of the parties, the Court having reviewed the same, and being otherwise duly advised in the premise:

IT IS HEREBY ORDERED that Plaintiff shall file his Reply Brief to his Renewed Motion for Attorneys' Fees and Costs to **February 5, 2021**.

Dated: January 26, 2021      s/Arthur J. Tarnow
Honorable Arthur J. Tarnow
United States District Court Judge

AS STIPULATED TO:

**DEBORAH GORDON LAW**
**Deborah L. Gordon (P27058)**
**/s/Elizabeth A. Marzotto Taylor (P82061)**
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@debgordonlaw.com
emt@debgordonlaw.com

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
**Brian M. Schwartz (P69018)**
Attorney for Defendants
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
schwartzb@millercanfield.com

**SAUL EWING ARNSTEIN & LEH LLP**
**/s/Joshua W.B. Richards**
**Amy L. Piccola**
Attorneys for Defendants
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7737
joshua.richards@saul.com
amy.piccola@saul.com