UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, an individual,

    Plaintiff,

vs.

UNIVERSITY OF MICHIGAN
(as to Title IX violations), et al.,

    Defendants.

Case No.: 18-cv-11776
Hon.  Arthur J. Tarnow
Mag.  Elizabeth A. Stafford

| | |
|---|---|
| DEBORAH GORDON LAW<br>Deborah L. Gordon (P27058)<br>Elizabeth A. Marzotto Taylor (P82061)<br>Attorneys for Plaintiff | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Brian M. Schwartz (P69018)<br>Attorney for Defendants |
| UNIVERSITY OF MICHIGAN<br>Timothy G. Lynch<br>Patricia M. Petrowski<br>Attorneys for Defendants | SAUL EWING ARNSTEIN & LEHR LLP<br>Joshua W.B. Richards<br>Amy L. Piccola<br>Attorneys for Defendants |

**STIPULATED ORDER EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

It is hereby stipulated by and between the parties that Plaintiff's deadline to file his Response to Defendants' Objections to the Magistrate Judge's Report and Recommendation is extended to and including Tuesday, December 21, 2021, with Defendants' Reply then due on or before January 10, 2022.

IT IS SO ORDERED.

Dated: December 15, 2021     s/Arthur J. Tarnow
                             Hon. Arthur J. Tarnow
                             United States District Court Judge

**AS STIPULATED AND AGREED:**

| | |
|---|---|
| DEBORAH GORDON LAW | MILLER, CANFIELD, PADDOCK |
| Deborah L. Gordon (P27058) | AND STONE, P.L.C. |
| **/s/Elizabeth A. Marzotto Taylor (P82061)** | Brian M. Schwartz (P69018) |
| Attorneys for Plaintiff | Attorney for Defendants |
| | SAUL EWING ARNSTEIN & |
| UNIVERSITY OF MICHIGAN | LEHR LLP |
| Timothy G. Lynch | **/s/Joshua W.B. Richards** |
| Patricia M. Petrowski | Amy L. Piccola |
| Attorneys for Defendants | Attorneys for Defendants |