UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN DOE,** | : |
| | : Case No. 18-cv-11776 |
| Plaintiff, | : |
| | : Hon. Terrence G. Berg |
| v. | : Mag. Elizabeth A. Stafford |
| | : |
| **UNIVERSITY OF MICHIGAN**, *et al.*, | : |
| | : **DEFENDANTS'** |
| Defendants. | : **NOTICE OF APPEAL** |
| | : |

| | |
|---|---|
| DEBORAH GORDON LAW | SAUL EWING ARNSTEIN & LEHR LLP |
| Deborah L. Gordon | Joshua W. B. Richards |
| Elizabeth A. Marzotto Taylor | Amy L. Piccola |
| 33 Bloomfield Hills Parkway, Suite 220 | 1500 Market Street, 38th Floor |
| Bloomfield Hills, Michigan  48304 | Philadelphia, Pennsylvania  19102 |
| (248) 258-2500 | (215) 972-7737 |
| dgordon@deborahgordonlaw.com | joshua.richards@saul.com |
| emarzottotaylor@deborahgordonlaw.com | amy.piccola@saul.com |
| *Attorneys for Plaintiff* | |
| | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | Brian M. Schwartz |
| | 150 West Jefferson, Suite 2500 |
| | Detroit, Michigan  48226 |
| | (313) 963-6420 |
| | schwartzb@millercanfield.com |
| | *Attorneys for Defendants* |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that all Defendants in the above-captioned action, the University of Michigan, the Board of Regents of the University of Michigan, Pamela Heatlie, Robert Sellers, Martin Philbert, Erik Wessel, Laura Blake Jones, E. Royster Harper, Suzanne McFadden, and Paul Robinson, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order (ECF No. 183) entered in this action on June 28, 2022 accepting the Report and Recommendation of Magistrate Judge Elizabeth A. Stafford (ECF No. 178).

July 27, 2022

MILLER, CANFIELD,
PADDOCK AND STONE, P.L.C.
Brian M. Schwartz
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
schwartzb@millercanfield.com

Respectfully submitted,

/s/ *Joshua W. B. Richards*
SAUL EWING ARNSTEIN & LEHR LLP
Joshua W. B. Richards
Amy L. Piccola
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
(215) 972-7737
joshua.richards@saul.com
amy.piccola@saul.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system, which will send notification of such filing and service to all parties through their counsel of record (listed below) and to the Clerk, U.S. Court of Appeals for the Sixth Circuit:

Deborah L. Gordon
dgordon@deborahgordonlaw.com

/s/ *Joshua W. B. Richards*
SAUL EWING ARNSTEIN & LEHR LLP
Joshua W. B. Richards
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Defendants*